**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-7609**

_____

LARRY HAMLET,

Plaintiff - Appellant,

versus

CAPTAIN CASTELLAW; AL ROBERTS, Medical
Director,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. T.S. Ellis, III, District Judge.
(CA-98-876-AM)

_____

Submitted: February 16, 1999          Decided: March 4, 1999

_____

Before LUTTIG, MICHAEL, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Larry Hamlet, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry Hamlet appeals from the district court's order dismissing his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint for failure to comply with a court order directing him to maintain a specific balance in his prison account for payment of his filing fee. Finding no abuse of discretion in the district court's dismissal, we affirm on the reasoning of the district court. See Hamlet v. Castellaw, No. CA-98-876-AM (E.D. Va. Sept. 18; Oct. 6, 1998). We note, however, that the remedy of a Fed. R. Civ. P. 60(b) motion remains available to Hamlet in which he may offer proof of actual payment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED